UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SHALE ENERGY INTERNATIONAL L L C** | **CASE NO. 6:22-CV-01360** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **VARICHEM INTERNATIONAL INC ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**O R D E R**

Now before this Court is a motion to dismiss filed by defendant Nissan Chemical Corporation America ("Nissan"). (Rec. Doc. 5). Plaintiff Shale Energy International, LLC ("Shale") opposes the motion and incorporates a motion for leave to amend its complaint. (Rec. Doc. 16 at p. 7). Shale's request is vague and mentioned only once in the last paragraph of its opposition to dismissal. Although this Court questions the efficacy of presenting a motion for leave to amend in such a manner,[1] Shale's motion is hereby GRANTED out of an abundance of caution.

In keeping with the prevailing procedure in this and a majority of Circuit Courts of Appeal and District Courts, Nissan's motion is, accordingly, MOOT. *See, e.g.*, *Beroid v. LaFleur*, Civ. Act. No. 21-cv-516, 2022 WL 396165 (Jan. 24, 2022) (adopted by 2022 WL 393630 (Feb. 8, 2022); *Deshotel v. PayPal, Inc.*, Civ. Act. No. 19-cv-0373, 2019 WL 4010992 (W.D. La. Aug. 22, 2019); *Probado Technologies Corp. v. Smartnet, Inc.*, 2010 WL 918573, *1 (S.D. Tex. Mar. 12, 2010). It is further

---

[1] This Court notes that, generally, motions for leave to file an amended complaint must be accompanied by the proposed amended pleading. LR 7.6.

ORDERED that Shale may file its amended complaint on or before THURSDAY, APRIL 13, 2023.  It is finally

ORDERED that Nissan may renew its motion, if appropriate, after the filing of any amended complaint by Shale.  Shale may include the arguments of its first motion by reference and may supplement such arguments, if appropriate.  Should Nissan file such renewed motion to dismiss, Shale shall file any desired opposition within TEN DAYS of such filing.  Nissan may file any desired reply within SEVEN DAYS of the filing of any opposition by Shale.

**THUS DONE** in Chambers, Lafayette, Louisiana on this 27th day of March, 2023.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE