# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| SHALE ENERGY INTERNATIONAL LLC | CIVIL ACTION NO.  22-1360 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| VARICHEM INTERNATIONAL INC ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

Before this Court is a Motion to Dismiss filed by defendant Nissan Chemical America Corporation ("Nissan"). See Record Document 40. This Motion was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Nissan's Motion to Dismiss (Record Document 40) is **GRANTED** as to Plaintiff's claim for breach of contract based on the stipulation *pour autrui* theory.  Accordingly, such claim is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6). preserving Shale's remaining negligence claim against Nissan shall be preserved for further proceedings as may be appropriate.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 12th day of September, 2025.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT